# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MEDICINE TO GO PHARMACIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO. 17-0310-TM-MU** |
| ) | |
| **IMPAX LABORATORIES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is a *Stipulation of Dismissal* (Doc. 52, filed 10/22/18).  The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared."  FED. R. CIV. P. 41(a)(1)(A).  The joint stipulation is signed by both sides.[1]  Consequently, by operation of Rule 41, this action has been dismissed in accordance with the joint notice.

Therefore, the Plaintiff's claims against Defendant are dismissed with prejudice with each party to bear their own attorneys' fees and costs.  The claims of the putative class are dismissed without prejudice with the parties to bear their won attorneys' fees and costs.[2]

The Clerk of the Court is DIRECTED to close this case.

---

[1]      Defense counsel filed a Notice of Endorsement (Doc. 53, filed 10/23/18) in compliance with Section II(C)(3) of the Court's Administrative Procedures for Filing, Signing, and Verifying Pleadings and Documents by Electronic Means.

[2]      The claims of the putative class were resolved in Civ. Act. No. 17-00053, *Family Medicine Pharmacy, LLC v. Impax Laboratories, Inc.*

DONE this 25th day of October, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE